IN THE MATTER OF the Petition of Philip R. SHAWE for a Writ of Mandamus or a Writ of Prohibition or a Writ of Certiorari

No. 673, 2015

Supreme Court of Delaware.

Submitted: January 6, 2016

Decided: January 22, 2016

DISMISSED.

Clifford WRIGHT, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 107, 2015

Supreme Court of Delaware.

Submitted: January 20, 2016

Decided: January 22, 2016

AFFIRMED.

Rodney BRUMMELL, Defendant Below, Appellant

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 197, 2015

Supreme Court of Delaware.

Submitted: December 7, 2015

Decided: January 22, 2016

AFFIRMED.